IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

BOBBY B.,[1]                             )
                                         )
        Plaintiff,                       )
                                         )
v.                                       )        Civil Action No. 7:20-cv-537
                                         )
KILOLO KIJAKAZI, Acting                  )        By:  Elizabeth K. Dillon
Commissioner, Social Security            )             United States District Judge
Administration,                          )
                                         )
        Defendant.                       )

**ORDER**

In this social security case, plaintiff Bobby B. and defendant Kilolo Kijakazi, Acting

Commissioner of the Social Security Administration (the Commissioner), both move for

summary judgment under Federal Rule of Civil Procedure 56.  (Dkt. Nos. 14, 17.)  Pursuant to

28 U.S.C. § 636(b)(1)(B), the court referred the motions to U.S. Magistrate Judge Robert S.

Ballou for a report and recommendation (R&R).

On November 29, 2021, the magistrate judge issued his R&R, recommending that the

court grant in part Bobby's motion, deny the Commissioner's motion, and remand this case to

the Commissioner.  (R&R 15, Dkt. No. 22.)  The magistrate judge also advised the parties of

their right under 28 U.S.C. § 636(b)(1)(C) to file written objections to his proposed findings and

recommendations within 14 days of service of the R&R.  (*Id.*)

---

[1]  Due to privacy concerns, the court is adopting the recommendation of the Committee on Court
Administration and Case Management of the Judicial Conference of the United States that courts only use the first
name and last initial of the claimant in social security opinions.

The deadline to object to the R&R has passed, and no party has filed an objection.  "[I]n the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'"  *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

Upon reviewing the record here, the court is satisfied that there is no clear error.

Accordingly, it hereby ORDERS as follows:

1.  The R&R (Dkt. No. 22) is ADOPTED;

2.  The plaintiff's motion for summary judgment (Dkt. No. 14) is GRANTED IN PART to the extent it seeks remand;

3.  The Commissioner's motion for summary judgment (Dkt. No. 17) is DENIED; and

4.  The final decision of the Commissioner of Social Security is VACATED, and the case is REMANDED for further administrative proceedings consistent with the R&R, pursuant to sentence four of 42 U.S.C. § 405(g).

An appropriate judgment order will be entered.

Entered: February 25, 2022.


*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge